IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | :<br>:   REDACTED<br>: |
| Plaintiff, | : |
| v. | :   Criminal Action No. 06- 24-UNA |
| JOANN T. DAVIS, | : |
| Defendant. | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One



FILED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Introduction*

1. At all times relevant to this Indictment, Wilmington Savings Fund Society Bank ("WSFS") was a federally insured financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation or FDIC.

2. At all times relevant to this Indictment, defendant JoAnn T. Davis was an employee of WSFS, serving as a branch manager at the WSFS Price's Corner branch. In that capacity, she had overall responsibility for overseeing and maintaining the branch's operations.

3. Beginning in about April 2001 and continuing through December 2002, the defendant developed a scheme to use her authority as a branch manager to reverse or forgive certain bank charges, including but not limited to non-sufficient funds charges, and to obtain funds from WSFS general ledger accounts to defraud WSFS and to fraudulently benefit herself and certain of her

friends and relatives.

4. Part of the defendant's scheme to defraud WSFS involved her creating false reversals of nonexistent non-sufficient funds charges and other bank charges. Funds for these reversals were obtained from general ledger accounts maintained by WSFS and then deposited into WSFS accounts of certain of her friends and relatives. The defendant then either withdrew the funds from the accounts into which she had deposited them by using counterchecks and debit memos and deposited the funds into her own account, or allowed the funds to remain in the accounts into which they had been deposited originally.

5. On other occasions, the defendant reversed legitimate non-sufficient funds charges and other bank charges for certain of her friends and relatives in an amount exceeding that which she was authorized to reverse, thereby fraudulently depriving WSFS of the benefit of those charges.

6. None of the account holders whose accounts were used by the defendant to defraud WSFS were aware of the fraudulent nature of the transactions.

7. During the time period this scheme was in effect, the defendant made fraudulent withdrawals from WSFS general ledger accounts and deposits into her own account or the accounts of family members and friends in the amount of approximately $24,600.

*Charging Paragraph*

8. From in or around April 2001 through in or around December 2002, in the State and District of Delaware, JoAnn T. Davis, defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud Wilmington Savings Fund Society Bank, a federally insured financial institution, in that the defendant was engaged in a scheme and artifice to defraud

as described in paragraphs 1 through 7 above, incorporated herein by reference, and, in execution of that scheme, on or about December 7, 2002, the defendant did make, and cause to be made, a fraudulent withdrawal of funds in the amount of $226 from a Wilmington Savings Fund Society Bank general ledger account and did make, and cause to be made, a fraudulent deposit of those funds into her own Wilmington Savings Fund Society Bank account, all in violation of 18 United States Code, Section 1344.

### Count 2

On or about October 23, 2001, in the State and District of Delaware, JoAnn T. Davis, defendant herein, being an employee of Wilmington Savings Fund Society Bank ("WSFS"), a federally insured financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, purloined, with the intent to injure and defraud WSFS, the sum of approximately $5,485.03 of the assets intrusted to the custody or care of WSFS in that the defendant closed a WSFS certificate of deposit owned by CRM and deposited the funds into her own account, without the knowledge or consent of CRM .in violation of 18 United States Code Section 656.

### Count 3

Between on or about December 7, 2001 and on or about December 22, 2001, in the State and District of Delaware, JoAnn T. Davis, defendant herein, being an employee of Wilmington Savings Fund Society Bank ("WSFS"), a federally insured financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, purloined, with the intent to injure and defraud WSFS, the sum of approximately $4,051.59 of the assets intrusted to the

custody or care of WSFS in that the defendant closed a WSFS certificate of deposit owned by CRM and deposited the funds into her own account, without the knowledge or consent of CRM in violation of 18 United states Code Section 656.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United states Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: March 16, 2006