AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOANN T. DAVIS | **WARRANT FOR ARREST**<br>Case Number: CR 06-24-UNA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  _____JOANN T. DAVIS_____
                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

BANK FRAUD - ( COUNT I );
THEFT BY A BANK EMPLOYEE - ( COUNTS II & III )

in violation of Title ____18____ United States Code, Section(s) ____1344____

PETER T. DALLEO                                    By: _____ Deputy Clerk
Name of Issuing Officer                              Signature of Issuing Officer

CLERK OF COURT                                    MARCH 16, 2006 AT WILMINGTON, DE
Title of Issuing Officer                               Date and Location

FILED MAR 22 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>3/17/06 | NAME AND TITLE OF ARRESTING OFFICER<br>GREG S. MROZEK, SPECIAL AGENT, FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>3/21/06 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____