IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA               :

                                       :

        v.                             : Criminal No. 06-24 GMS

                                       :

JOANN DAVIS                            :

                                       :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-named

defendant is scheduled for **Wednesday, June 28, 2006, at 2:45 p.m.** before the Honorable

Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street,

Wilmington, DE.  The scheduling conference will be held in chambers.


                              /s/ Gregory M. Sleet
                              UNITED STATES DISTRICT JUDGE


June 7, 2006