IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-24-GMS |
| JOANN T. DAVIS, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING**

Defendant, JoAnn T. Davis, by and through her undersigned counsel, Eleni Kousoulis, hereby moves this Court for an order re-scheduling the change of plea hearing in this case. In support of the motion, the defense submits as follows:

1. A change of plea hearing is currently scheduled in the above-captioned matter for July 25, 2006, at 9:30 a.m.

2. Undersigned counsel was recently in a car accident and broke a bone in her neck. She temporarily is not able to appear in court or to complete written work on the client's behalf. It is expected that she will return to work after about a month's time.

3. Assistant U.S. Attorney Christopher Burke has no objection to the defense request for a continuance.

4. A date in September is requested other than September 11-13th and September 19, 2006 as counsel will not be available on those dates.

5. The defense agrees to waive any time, pursuant to the Speedy Trial Act, between now and the date of the re-scheduled hearing.

**WHEREFORE**, for these reasons and any other such reasons as shall appear to the Court, the defense respectfully requests that the Court re-schedule the change of plea hearing in this case to a date in September.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware  19801
Attorney for Defendant JoAnn T. Davis

Dated: July 12, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : : | Criminal Action No. 06-24-GMS |
| JOANN T. DAVIS, | : : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Change of Plea Hearing is available for public viewing and downloading and was electronically delivered on July 12, 2006, to:

> Christopher Burke, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE   19899-2046

> /s/_____
> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> 704 King St., Suite 110
> Wilmington, Delaware  19801
> Attorney for Defendant JoAnn T. Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-24-GMS |
| | : | |
| | : | |
| JOANN T. DAVIS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion for Continuance of the Change of Plea Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Defendant's change of plea hearing shall be scheduled on the _____ day of _____, 2006.

　

_____
Honorable Gregory M. Sleet
United States District Court