IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-24 GMS |
| | : |
| JOANN T. DAVIS | : |

### ORDER TO EXCLUDE TIME

The change of plea hearing in the above-captioned case, scheduled for July 25, 2006, was postponed at the request of counsel  The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial. The change of plea hearing is rescheduled to **Wednesday, September 20, 2006, at 3:00 p.m.**

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between the date of this Order and September 20, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

July __13__, 2006