IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

        v.                        : Criminal No. 06-24 GMS

                                  :

JOANN DAVIS

                                  :

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-named

defendant is rescheduled to **Tuesday, November 7, 2006, at 2:00 p.m.** before the Honorable

Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N.

King Street, Wilmington, DE.


                            /s/ Gregory M. Sleet
                            UNITED STATES DISTRICT JUDGE


 October 23, 2006