IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-24-GMS |
| | ) |
| JOANN T. DAVIS, | ) |
| | ) |
| Defendant. | ) |

**INFORMATION**

The United States Attorney for the District of Delaware charges that:

**COUNT ONE**

On or about the time period between January 2001 and December 2002, in the State and District of Delaware, the defendant, JoAnn T. Davis, did take and carry away, with intent to steal and purloin, money exceeding $1,000, which belonged to and was in the care, custody and control of WSFS Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

COLM F. CONNOLLY
United States Attorney

BY: *Christopher A. Burke*
Christopher J. Burke
Assistant United States Attorney

Date: November 7, 2006