IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-24-GMS |
| | : | |
| JOANN T. DAVIS, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF SENTENCING

Defendant, JoAnn T. Davis, by and through her undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case.  In support of the motion, the defense submits as follows:

1.      Ms. Davis is scheduled for sentencing on February 1, 2007 at 9:30 a.m.

2.      Defense counsel requires additional time to prepare for sentencing and additional time to meet with Ms. Davis to discuss issues with regard to sentencing.  Additionally, defense counsel currently has a jury trial in another matter scheduled for February 14, 2007, that she is also busy preparing for.  Defense counsel would respectfully request an additional three weeks in which to prepare for Ms. Davis' sentencing.

3.      AUSA Christopher Burke, the attorney handling this case for the government, does not oppose this request for a continuance.

WHEREFORE, Ms. Davis respectfully requests that the Court continue the sentencing hearing in this matter to any time after February 26, 2007.

Respectfully Submitted,


_____/s/_____
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant JoAnn Davis


DATED:   January 24, 2007

2

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-24-GMS |
| | : | |
| JOANN T. DAVIS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Ms. Davis' Motion for Continuance of Sentencing, this Court HEREBY

ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing be

re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____

The Honorable Gregory M. Sleet.
United States District Court