IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-24-GMS |
| JOANN T. DAVIS, | : |
| Defendant. | : |

## ORDER

In response to Ms. Davis' Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this 25th day of Jan., 2007, that Defendant's sentencing hearing be re-scheduled for the 27th day of February, 2007 at 9:30 a.m./~~p.m.~~

The Honorable Gregory M. Sleet.
United States District Court



FILED
JAN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE